UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SANDERS,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>    Respondent. | Case No. 15-cv-01536-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 13 |

Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition no later than **December 21, 2015**. Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

Given the length of the extension requested, no further extensions will be granted.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: 10/13/2015

                                                *[signature]*
                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge