UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN SANDERS,

    Plaintiff,

v.

MARTIN BITER,

    Defendant.

Case No. 15-cv-01536-HSG

**ORDER REQUIRING RESPONDENT TO FILE SUPPLEMENTAL BRIEF**

Petitioner, an inmate at Kern Valley State Prison,[1] has filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has moved to dismiss the petition as untimely. Within thirty (30) days of the state of this order, Respondent is ordered to file a supplemental brief addressing whether Petitioner is entitled to statutory tolling pursuant to 28 U.S.C. § 2244(d)(2) (tolling the one-year limitations period for the "time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending"). In particular, Respondent shall specify when Petitioner's state habeas petition was filed in Santa Clara Superior Court. Respondent shall also file with the Court copies of any state court filings that are relevant to the issue of statutory tolling that have not previously been filed.

**IT IS SO ORDERED.**

Dated: January 6, 2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Warden Christian Pfeiffer as Respondent because he is Petitioner's current custodian.